**SEALED**

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br>ISIAH HOLMES<br>Defendant(s) | Case No.<br>19-mj-183 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  December 26, 2019  in the parish of  Orleans  in the  Eastern  District of  Louisiana , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C 2113(a) | Bank Robbery |

This criminal complaint is based on these facts:
See attached Affidavit

___ Fee _____
_X_ Process _JCCiVsms_
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Jeffrey W. Heath, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date:  12/26/2019

_____
Judge's signature

City and state:  New Orleans, Louisiana       Michael B. North, United States Magistrate Judge
Printed name and title

**SEALED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | MAGISTRATE NO.: 19-mj-183 |
| v. | * | |
| ISIAH HOLMES | * | |

\* \* \*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jeffrey W. Heath, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, do hereby depose and state that the following information is true to the best of my knowledge and belief:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent (SA) with FBI. I have been employed by the FBI for approximately nine years where I am assigned to the FBI New Orleans Violent Crime Task Force (NOVCTF). This task force includes federal and state officers tasked with the responsibility of investigating violent crimes to include bank robberies, weapons related crimes, and illegal narcotics activity. I have also participated in numerous investigations involving these offenses and am thoroughly familiar with the investigative techniques used in these investigations.

2. I make this affidavit in support of securing a criminal complaint against **ISIAH HOLMES** for violating Title 18, United States Code, Section 2113(a) by robbing the Capital One Bank located at 4121 Canal Street, New Orleans, Louisiana. I am personally familiar with the facts and circumstances surrounding this investigation from my own investigative activities and from information obtained from other law enforcement officers with personal knowledge of the facts.

3. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not set forth each and every fact known to me concerning this investigation. I have included what I believe are the facts sufficient to establish probable cause for the complaint sought.

## **PROBABLE CAUSE**

4. On Monday, December 23, 2019, at approximately 10:45 a.m., officers with the New Orleans Police Department responded to a 911 call reporting a bank robbery at Capital One Bank, located at 4121 Canal Street, New Orleans, Louisiana. Upon arrival, officers were provided with the following information:

5. An unknown black male subject entered the bank at approximately 10:43 a.m. and proceeded to the teller counter. As the subject approached the counter, he handed the teller a handwritten note on a Capital One Bank transaction slip which read: "Don't be a hero, I'm armed No Dye."

6. The teller immediately relinquished approximately $774.00 dollars in U.S. currency to the suspect, who then fled the location on foot. The victim teller described the suspect as a black male, approximately 30-45 years old, approximately 5'9" to 6'1", 150-180 pounds, slender/medium build, with grey beard stubble. The suspect was clad in a black beanie cap and a dark colored hooded sweatshirt. The suspect did not conceal his face, nor did he wear gloves.

2

7. After being notified of the incident, the FBI Violent Crimes Task Force responded to the scene. FBI Agents and Task Force Officers conducted interviews with the victim teller and additional witnesses at the scene during the robbery. Surveillance camera footage was provided to FBI New Orleans which captured the suspect in commission of the bank robbery and his exit from the bank. The New Orleans Police Department Crime Lab processed the scene, and recovered the robbery note for DNA and latent print evidence. The victim teller's finger prints were also taken for exclusionary purposes. All evidence was documented and turned over to FBI New Orleans personnel at the scene.

8. On Monday, December 23, 2019, investigators reviewed the bank surveillance and obtained several clear photographs of the suspect. Utilizing these photographs, an FBI Press Release was distributed to the media seeking information on the suspect. Almost immediately, numerous anonymous Crimestopper tips, independent of one another, were received by the FBI. These tips independently identified **ISIAH HOLMES** as the suspect. Additional direct call in tips were also received by FBI New Orleans which identified **HOLMES** as the bank robbery suspect. Investigators reviewed law enforcement databases and after viewing pictures of **HOLMES**, immediately identified him as the suspect of the Capital One Bank robbery.

9. On Tuesday, December 24, 2019, FBI New Orleans provided the victim teller a photo lineup of multiple individuals to include **ISIAH HOLMES**. The victim teller verbally identified **HOLMES**, circled his photograph, and signed/dated the lineup sheet.

10. Through my investigation, I learned that the deposits of Capital One Bank are insured by the Federal Deposit Insurance Corporation (FDIC). This Capital One Bank, located at 4121 Canal Street, New Orleans, Louisiana is in the Eastern District of Louisiana.

11. Based on the above information, your Affiant believes that there is probable cause to believe that **ISIAH HOLMES** robbed the above-described Capital One Bank in violation of Title 18, United States Code, Section 2113(a).

_____
Jeffrey W. Heath, Special Agent
Federal Bureau of Investigation

Subscribed to and sworn before me on this __26__ day of December, 2019, New Orleans, Louisiana.

_____
Honorable Michael B. North
United States Magistrate Judge

4